**Opinion issued August 1, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00262-CR

———————————

## IN RE THOMAS FLORENCE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Thomas Florence filed a petition for writ of mandamus asking this Court to compel the trial court to rule on a motion filed in January 2013 following relator's conviction on August 5, 2011.[1]

---

[1]  The underlying proceeding is *State of Texas v. Florence*, No. 10CR1217 (56th District Court, Galveston County, Tex.), the Honorable Lonnie Cox presiding.

We deny the petition for writ of mandamus. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.